# U.S. District Court for the Northern District Of Illinois
# Attorney Appearance Form

Case Title: Mitsubishi HC Capital America, Inc. v. Sulakhan Johal and Jasvir Johal

Case Number: 2024CV2393

An appearance is hereby filed by the undersigned as attorney for:

Mitsubishi HC Capital America, Inc.

Attorney name (type or print): John R. Casey III

Firm: Reed Smith LLP

Street address: 10 S Wacker Drive, Suite 4000

City/State/Zip: Chicago, IL

Bar ID Number: 6338796
(See item 3 in instructions)

Telephone Number: (312) 207-1000

Email Address: jcasey@reedsmith.com

| Question | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? | ☐ | ✔ |
| Are you a member of the court's general bar? | ✔ | ☐ |
| Are you a member of the court's trial bar? | ☐ | ✔ |
| Are you appearing *pro hac vice*? | ☐ | ☐ |
| If this case reaches trial, will you act as the trial attorney? | ☐ | ☐ |

If this is a criminal case, check your status.

☐ Retained Counsel

☐ Appointed Counsel
If appointed counsel, are you a

☐ Federal Defender

☐ CJA Panel Attorney

_____

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on 3/25/2024

Attorney signature: S/ John R. Casey III
(Use electronic signature if the appearance form is filed electronically.)

Revised 07/19/2023