# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| MITSUBISHI HC CAPITAL AMERICA, INC. | ) ) ) | |
| Plaintiff, | ) ) | No. 1:24-cv-02393 |
| vs. | ) ) ) | Hon. Sharon Johnson Coleman |
| SULAKHAN JOHAL and JASVIR JOHAL | ) ) ) | |
| Defendants. | ) | |

## AGREED MOTION FOR ENTRY OF STIPULATED JUDGMENT

Plaintiff Mitsubishi HC Capital America, Inc. ("Plaintiff" or "MHCA") and Defendants Sulakhan Johal and Jasvir Johal (collectively the "Defendants," and together with MHCA, the "Parties"), by their respective counsel, hereby move the Court for entry of a Stipulated Judgment. A proposed Stipulated Judgment is attached as Exhibit A.

1. On September 11, 2025, the Parties agreed in principle to resolve this matter. Since September 11, 2025, the Parties have been working to memorialize their agreement, which is contained in Exhibit A.

2. Under the terms of the agreement, the Parties have stipulated and agreed to the entry of judgment in favor of Plaintiff and against Defendants, jointly and severally, in the amount of $1,820,000.00. This settlement pertains solely to the causes of action brought in the instant Action, set forth in Paragraphs 29–34 of the Complaint. Defendants reserve their right to seek to lower this Award if Plaintiff recovers any amounts due under the relevant agreements.

3. Plaintiff reserves its right to petition the Court for discovery from Defendants to aid the execution of this Stipulated Judgment.

WHEREFORE, the Parties respectfully request that the Court enter judgment in favor of Plaintiff Mitsubishi HC Capital America, Inc. and against Defendants Sulakhan Johal and Jasvir Johal, jointly and severally, in the amount of $1,820,000.00.

Dated: October 30, 2025

Respectfully submitted,

**Mitsubishi HC Capital America Inc.**

By: */s/ John R. Casey III*

John R. Casey III (6338796)
Reed Smith LLP
10 S Wacker Drive, Suite 4000
Chicago, IL 60606
Tel: (312) 207-1000
Email: jcasey@reedsmith.com

**Sulakhan Johal and Jasvir Johal**

By: */s/ Matthew B. McGuire*

Matthew B. McGuire (admitted *pro hac vice*)
Landis Rath & Cobb LLP
919 Market Street, Suite 1800
P.O. Box 2087
Wilmington, DE 19899
Tel: (302) 467-4416
Email: mcguire@lrclaw.com

# Exhibit A

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MITSUBISHI HC CAPITAL AMERICA, INC.        Plaintiff, <br><br> vs. <br><br> SULAKHAN JOHAL and JASVIR JOHAL        Defendants. | No. 1:24-cv-02393 <br><br> Hon. Sharon Johnson Coleman |

## **STIPULATED JUDGMENT**

Pursuant to the stipulation of Plaintiff Mitsubishi HC Capital America, Inc. and Defendants Sulakhan Johal and Jasvir Johal (collectively, the "Parties"), the Court enters judgment as follows:

1. Judgment is hereby entered in favor of Plaintiff Mitsubishi HC Capital America, Inc. and against Defendants Sulakhan Johal and Jasvir Johal, jointly and severally, in the amount of $1,820,000.00 (the "Award");

2. The Parties to this Action agree, solely for the purposes of entry of this Judgment, that this Court has jurisdiction of the subject matter hereof and over the Parties, venue is proper, and this Court has jurisdiction to enter this Judgment;

3. Defendants Sulakhan Johal and Jasvir Johal agree to be bound by the terms of this Stipulated Judgment and agree not to contest its validity in any subsequent proceeding. Defendants reserve the right to petition the Court to reassess the amount of the Award if Plaintiff recovers under the relevant agreements in another forum;

4. There is no separate award for attorneys' fees or costs;

5. In the event that Plaintiff's Award under this Stipulated Judgment remains unpaid, Plaintiff shall have the right to petition the Court for leave to serve Defendants with discovery

- 2 -

requests in aid of execution pursuant to Rule 69(a) of the Federal Rules of Civil Procedure, or any other applicable court rules or procedures; and

      6.      The Court enters this Stipulated Judgment as its judgment and retains jurisdiction to enforce the judgment in the future, as may be necessary.

SO ORDERED

Dated: October \_\_\_, 2025

_____
Honorable Sharon Johnson Coleman
United States District Judge